## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | Case No. 10-54658 |
|---|---|
| ROBIN D WILLIAMS DENSON<br>HENRY G DENSON JR<br>Debtor(s) | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/10/2010.

2) The plan was confirmed on 06/15/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/01/2012, 11/01/2012.

5) The case was dismissed on 02/20/2013.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $10,436.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,208.00 |
| Less amount refunded to debtor | $696.00 |
| **NET RECEIPTS:** | **$9,512.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,010.52 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $409.18 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,419.70** |
| Attorney fees paid and disclosed by debtor: | $489.48 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICASH LOANS LLC | Unsecured | 1,947.48 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,522.92 | 493.10 | 493.10 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 371.50 | 371.50 | 0.00 | 0.00 |
| ASSOCIATED ST JAMES RADIOLOGIS | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| AT & T BANKRUPTCY | Unsecured | 89.71 | NA | NA | 0.00 | 0.00 |
| BELLSOUTH TELECOMMUNICATION | Unsecured | 290.00 | 369.84 | 369.84 | 0.00 | 0.00 |
| CBSI | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| CLERK OF CIRCUIT COURT COOK CY | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 2,270.25 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 2,442.93 | 1,636.56 | 1,636.56 | 0.00 | 0.00 |
| COUNTRY CLUB HILLS POLICE DEPT | Unsecured | 201.04 | NA | NA | 0.00 | 0.00 |
| CURVES ON KEDZIE | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| DOROTHY BROWN | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BURI | Unsecured | 343.46 | NA | NA | 0.00 | 0.00 |
| FOOT & ANKLE ASSOCIATES LTD | Unsecured | 2,909.25 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | NA | 36.01 | 36.01 | 0.00 | 0.00 |
| ICE MOUNTAIN | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 1,087.00 | 1,645.35 | 1,645.35 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 630.00 | 1,334.40 | 1,334.40 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 551.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 1,104.86 | 1,104.86 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 800.00 | 756.79 | 756.79 | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| MIDWEST DIAGNOSITC | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST EMERGENCY | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 1,939.07 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 866.00 | 917.68 | 1,517.68 | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Secured | NA | 650.00 | 650.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NCA | Unsecured | 756.00 | NA | NA | 0.00 | 0.00 |
| NCA | Unsecured | 279.00 | NA | NA | 0.00 | 0.00 |
| NCA | Unsecured | 756.79 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 4,110.00 | 4,419.07 | 4,419.07 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,923.26 | NA | NA | 0.00 | 0.00 |
| OFFICE OF CIRCUIT COURT COOK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 343.00 | 343.46 | 343.46 | 0.00 | 0.00 |
| PROFESSIONAL COLLECTION | Unsecured | 1,891.13 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 4,875.84 | 8,333.28 | 83,333.28 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 9,035.00 | 14,156.06 | 12,000.00 | 5,282.66 | 809.64 |
| SILVERLEAF RESORTS INC | Secured | 3,000.00 | 4,325.79 | 4,325.79 | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 290.73 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 384.63 | 1,606.61 | 1,606.61 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 282.80 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 353.80 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES INC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| TRUGREEN CHEMONE | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| UNION GENERAL | Unsecured | 50.00 | 0.00 | 2,677.34 | 0.00 | 0.00 |
| UNION GENERAL | Priority | NA | 2,677.34 | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 207.69 | 781.72 | 781.72 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 20,551.00 | 30,922.09 | 30,922.09 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 393.04 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 290.19 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF CALUMET PARK | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF POSEN FIRE DEPT | Unsecured | 980.00 | NA | NA | 0.00 | 0.00 |
| WOW CABLE SERVICES | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,000.00 | $5,282.66 | $809.64 |
| All Other Secured | $4,975.79 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,975.79** | **$5,282.66** | **$809.64** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,104.86 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$1,104.86** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$132,494.80** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,419.70 |
| Disbursements to Creditors | $6,092.30 |
| **TOTAL DISBURSEMENTS** : | **$9,512.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/22/2013         By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**